UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
ANN MURPHY,

          Plaintiff,

  -against-

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

          Defendant.
---------------------------------------------------------- X

Index No. 1:20-cv-03358

**ORDER OF DISMISSAL WITH PREJUDICE**

In consideration of the Parties' Joint Stipulation of Dismissal, it is hereby ordered that the above captioned lawsuit is DISMISSED WITH PREJUDICE.

Entered this __28th__ day of __December__, 2020.

_____
United States District Judge
Hon. Mary Kay Vyskocil
Dated: December 28, 2020
      New York, NY

67045898v.1